Stephen P. Brunner, No. 94970
Attorney at Law
115 Sansome Street, Suite 1204
San Francisco, California 94104
Telephone: (415) 434-3700
Facsimile: (415) 434-3622
Email: aba@sonic.net

Attorney for Plaintiff
LANDMARK WORLDWIDE LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDMARK WORLDWIDE LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ALJOR C. PERRERAS, an individual, and TRANSFORMASIA CORPORATION, a business entity, <br><br> Defendants. | No. C 13 2815 <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: wholly-

owned subsidiary, Vanto Group, Inc., a Delaware corporation.

Dated: June 19, 2013

by /s/ Stephen P. Brunner
Stephen P. Brunner
Attorney for Plaintiff
LANDMARK WORLDWIDE LLC, a
Delaware limited liability company